### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROLINE HENRICH** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  25-4961** |
| | : | |
| **COLBY'S CREW RESCUE,** *et al.* | : | |
| **Defendants.** | : | |

### ORDER

**AND NOW**, this 26th day of March, 2026, upon consideration of Defendants Colby's Crew Rescue, Olivia Fuller, Allison Smith, and Stephanie Seltzer's Motion to Dismiss or Strike (ECF No. 2) and the responses and replies thereto, it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED** in part.  It is further **ORDERED** as follows:

1.  Counts I and II of the Complaint are dismissed with prejudice.

2.  Defendants' Motion to Strike is **DENIED** as moot.

3.  Defendants' request for attorneys' fees and costs is **DENIED**.

**BY THE COURT:**

*/s/ Catherine Henry*

**CATHERINE HENRY, J.**